UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                3:07-cr-174-J-33MCR

STEVEN J. LANDIN
_____/

### ORDER

This matter comes before the Court on Defendant's Second Emergency Unopposed Motion for Extension of Time to Permit Self-Surrender (Doc. 48) filed on July 31, 2009. Defendant is currently scheduled to surrender to FCI Edgefield on August 4, 2009. Defendant seeks an additional 21 days to self-surrender in order to allow sufficient time for his medical records and medications, necessary to treat his life-threatening medical condition, to be sent to FCI Edgefield. Having reviewed the unopposed motion, the Court finds good cause to grant Defendant's request.

Accordingly, it is now **ORDERED**, **ADJUDGED** and **DECREED**:

Defendant's Second Emergency Unopposed Motion for Extension of Time to Permit Self-Surrender (Doc. 48) is **GRANTED**. The Defendant has an additional 21 days, up to and including August 25, 2009, to self-surrender to FCI Edgefield.

**DONE** and **ORDERED** in Jacksonville, Florida, this 31st day of July, 2009.

Copies: All Counsel of Record

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE